**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-68141/0072660988

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Daniel Stuart Swiger and Kimberly Catherine Swiger<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br>Daniel Stuart Swiger and Kimberly Catherine Swiger, Debtors; Lawrence J. Warfield, Trustee.<br>      Respondents. | No. 2:08-bk-17433-RTBP<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 22)<br><br>RE: Real Property located at<br>579 Whistle Stop Road<br>Clarkdale, AZ 86324 |

This matter having come before the Court for a Preliminary Hearing on August 17, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Michael J. Gordon, Gordon & Gordon, PLLC, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated February 26, 2007, and recorded in the office of

the Yavapai County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Daniel Stuart Swiger and Kimberly Catherine Swiger have an interest in, further described as:

Lot 553 MOUNTAIN GATE, according to Book 54 of Maps and Plats, pages 19 through 29, inclusive, records of Yavapai County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT